# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PLAINTIFF | |
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| vs | Hon. William H. Walls |
| DEFENDANT | DOCKET NO: 07-00593-001 |
| LOUIS RAMON TORRES | |

### ORDER

This matter having come before the Court on the Application of Samuel R. DeLuca, attorney for defendant, Louis Ramon Torres, and Robert Frazer, Assistant U.S. Attorney, having been consulted and does not take a position in this matter.

**WHEREFOR IT IS** on this 17th Day of **NOVEMBER, 2008**

**ORDERED AND ADJUDGED** that the defendant, Louis Ramon Torres, shall be permitted to self-surrender on Monday, January 5, 2009 on a sentence imposed on September 29, 2008.

_____
HONORABLE WILLIAM H. WALL, USDJ

The undersigned does not take a position to the form and entry of this Order

_____
ROBERT L. FRAZER, AUSA

_____
SAMUEL R. DE LUCA, ESQ.
Attorney for the defendant